■ The People of the State of New York, Respondent, v Donnetta Johnakin, Appellant. [13 NYS3d 845]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Queens County (Wong, J.), imposed August 15, 2013, upon her plea of guilty, consisting of an indeterminate term of imprisonment of 3 to 9 years, on the ground that the sentence was excessive.

Ordered that the sentence is modified, as a matter of discretion in the interest of justice, by reducing the sentence imposed from an indeterminate term of imprisonment of 3 to 9 years to an indeterminate term of imprisonment of 2 to 6 years.

As the People correctly concede, under the circumstances of this case, the defendant's waiver of the right to appeal does not encompass the right to challenge the sentence ultimately imposed (*see People v Eldridge*, 8 AD3d 294, 295 [2004]). The sentence imposed was excessive to the extent indicated (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Austin, Roman and Duffy, JJ., concur.